IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DOREN T. WATKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:18cv477-MHT |
| | ) | (WO) |
| ALABAMA DEPARTMENT OF | ) | |
| PUBLIC HEALTH, a.k.a. | ) | |
| Montgomery County Health | ) | |
| Department, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

In light of the filing of an amended complaint (doc. no. 18) omitting Ricky Elliott, Scott Harris, Brent Hatcher, and Connie King as defendants, it is ORDERED that the motion to dismiss filed by said defendants (doc. no. 14) is denied as moot.

DONE, this the 12th day of July, 2018.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**