IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DOREN T. WATKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:18cv477-MHT |
| | ) | (WO) |
| ALABAMA DEPARTMENT OF | ) | |
| PUBLIC HEALTH, a.k.a. | ) | |
| Montgomery County Health | ) | |
| Department, | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION

Plaintiff filed this lawsuit asserting Title VII claims of retaliation and hostile work environment. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant's motion to dismiss plaintiff's case be granted. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 25th day of February, 2019.

                                        /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**